IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL BUENO-NAVA,<br><br>Defendant. | Case No.  3:24-cr-00061<br><br>**OBJECTION TO MOTION TO CONTINUE JURY TRIAL** |

Defendant, Rafael Bueno-Nava, by and through his counsel, hereby objects to the motion to continue filed by his co-defendants, Jesus Amurahaby Celestin-Ortega, Trinidad Torres Meraz, Edgar Hernandez.[1]

The trial date of July 28, 2026, was established by the Court following multiple continuances in this matter.

Mr. Bueno-Nava is prepared to proceed to trial and does not join in the requested continuances.

Further delay will substantially prejudice Mr. Bueno-Nava. He has remained in custody since his initial appearance in May 2024, the charges against him have been pending for an extended period of time. The co-defendants have not demonstrated sufficient diligence or good cause to support their motions to continue. Having already granted multiple extensions, the Court should hold the parties to the existing trial setting to promote finality, conserve judicial resources, and ensure the timely resolution of this matter. Mr. Bueno-Nava has not requested the delay and should not be required to endure additional postponement absent compelling circumstances.

---

[1] Docket numbers, 251, 252, and 254.

1

Wherefore, Defendant Rafael Bueno-Nava objects to a continuance of the currently set trial date, and requests that the matter proceed as scheduled on July 28, 2026.

Dated this 11th day of June, 2026.

Respectfully submitted,


By:    _/s/ Jennifer A. Braun_____
Jennifer A. Braun (ND ID# 06875)
Attorney for Rafael Bueno-Nava
Aaland Law Office, LTD.
415 11th Street South
Fargo, ND 58103
701-232-7944
jennifer@aalandlaw.com

2